# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, | Case No. CV 21-8114 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HOME BAY TECHNOLOGIES, INC., | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion for Default Judgment ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Brandon Vogts ("Vogts") and against defendant Home Bay Technologies, Inc. ("Home Bay") .

2. Home Bay shall pay Vogts damages in the amount of $11,250.

3. Home Bay shall pay Vogts the amount of $1,756, consisting of attorney's fees and costs, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

4. Vogts shall serve Home Bay with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 7th day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge